**MACDONALD | FERNANDEZ LLP**
Reno F.R. Fernandez III (SBN 251934)
914 Thirteenth Street
Modesto, CA 95354
(209) 521-8100
reno@macfern.com

Attorneys for Plaintiff,
**Penelope C. Bethel**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENELOPE C. BETHEL, Individually and for the Estate of ROY P. BETHEL,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LYNN CASHMAN, an individual; HUMBLE ENERGY, INC., a Nevada corporation; HALLMARK VENTURE GROUP, INC., a Nevada corporation; SERVICE TEAM INC., a Nevada corporation; and SPORT STIX INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:17-cv-00862-LJO-BAM<br><br>**ORDER APPROVING STIPULATION OF THE PARTIES TO DISMISS DEFENDANTS** |

Having considered the stipulation (the "Stipulation") entered into by and between Plaintiff PENELOPE C. BETHEL and Defendants ROBERT LYNN CASHMAN, HALLMARK VENTURE GROUP, INC. and SERVICE TEAM INC. (herein "Answering Defendants"), for dismissal of the Answering Defendants from the within matter.

IT IS HEREBY ORDERED that:

1. The Stipulation between Plaintiff PENELOPE C. BETHEL and Defendants ROBERT LYNN CASHMAN, HALLMARK VENTURE GROUP, INC. and SERVICE TEAM INC. is approved;

2. All claims against Answering Defendants ROBERT LYNN CASHMAN, HALLMARK VENTURE GROUP, INC. and SERVICE TEAM INC. are hereby dismissed from the within action with prejudice pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii);

3. This Court shall and does retain jurisdiction to enforce the Settlement Agreement (as that term is defined in the Stipulation);

4. Each party will bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**
**Dated: November 21, 2017**           /s/ Lawrence J. O'Neill
                                **UNITED STATES CHIEF DISTRICT JUDGE**